Case 3:20-cr-00017-RLY-CSW   Document 456   Filed 05/24/24   Page 1 of 4 PageID #: 1898

AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

United States of America
v.
Maria Castaneda-Villalobos

Case No: 3:20-cr-00017-008
USM No: 79726-112

Date of Original Judgment: 12/7/2022
Date of Previous Amended Judgment: N/A
*(Use Date of Last Amended Judgment if Any)*

Pro Se
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☒ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   12/7/2022   shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 05/24/2024

*Judge's signature*

Effective Date: _____
*(if different from order date)*

RICHARD L. YOUNG, Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:20-cr-00017-RLY-CSW |
| ) | |
| MARIA CASTANEDA-VILLALOBOS, ) | -08 |
| ) | |
| Defendant. ) | |

**ORDER DENYING DEFENDANT'S MOTION FOR SENTENCE REDUCTION**

Defendant Maria Castaneda-Villalobos moves to reduce her 48-month sentence under 18 U.S.C. § 3582(c)(2), United States Sentencing Guidelines Manual ("U.S.S.G.") § 1B1.10, and Amendment 821 of the U.S.S.G.  (*See* Filing No. 447).  For the reasons below, the court **DENIES** that motion.

**I.      Background**

Castaneda-Villalobos pled guilty to conspiring to distribute 500 grams or more of a detectable amount of methamphetamine in violation of 21 U.S.C. §§ 841(a)(1) and 846. (Filing No. 311, Presentence Investigation Report ¶¶ 1, 9).  After modifications, Castaneda-Villalobos's overall offense level was 27, and she had zero criminal history points, which resulted in a criminal history category of I.  (*Id.* ¶¶ 40, 43).  Therefore, her guideline range was 70 to 87 months.  (*Id.* ¶ 94).  The court sentenced Castaneda-Villalobos to 48 months of imprisonment.  (Filing 325, Judgment).

1

## II. Legal Standard

The court may modify an imposed sentence of imprisonment under limited circumstances like those enumerated in 18 U.S.C. § 3582(c)(2). *Dillon v. United States*, 560 U.S. 817, 824 (2010). Under that statute, the court may reduce a sentence to reflect changes in the U.S.S.G. *See* 18 U.S.C. § 3582(c)(2). A two-step inquiry exists to determine whether a reduction is warranted: first, the court determines whether the reduction "is consistent with [U.S.S.G.] § 1B1.10"; and second, whether the reduction is warranted under the discretionary 18 U.S.C. § 3553(a) factors. *Dillon*, 560 U.S. at 826–28.

## III. Discussion

Castaneda-Villalobos argues that Part B of Amendment 821 entitles her to a sentence reduction.

Part B provides a two-level reduction in offense level to certain offenders with zero criminal history points. U.S.S.G. § 4C1.1(a). However, "the court shall not reduce the defendant's term of imprisonment . . . to a term that is less than the minimum of the amended guideline range." U.S.S.G. § 1B1.1(b)(2)(A). Part B to Amendment 821 would reduce Castaneda-Villalobos's guideline range from 70 to 87 months to 57 to 71 months. Castaneda-Villalobos was originally sentenced to 48 months. "Unequivocally, the Sentencing Guidelines . . . prohibit a court from reducing a term of imprisonment under § 3582(c)(2) 'to a term that is less than the minimum of the amended guideline range.'" *United States v. Davis*, 669 F. App'x 785, 787 (7th Cir. 2016) (quoting U.S.S.G. § 1B1.10(b)(2)(A)). The only exception to this rule—providing substantial assistance to

authorities—is not applicable here.  Therefore, Castaneda-Villalobos is not eligible for a sentence reduction.

## IV. Conclusion

Castaneda-Villalobos's Motion for Sentence Reduction (Filing No. 447) is **DENIED**.  Her 48-month sentence remains as imposed.

**IT IS SO ORDERED** this 24th day of May 2024.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

Mail to:

Maria Castaneda-Villalobos
Reg. No. 79726-112
FCI Aliceville
Inmate Mail/Parcels
P.O. Box 4000
Aliceville, AL 35442

3